JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200          Facsimile:   (510) 839-3882

MICHAEL J. HADDAD, Esq./ State Bar #189114
JULIA SHERWIN, Esq./ State Bar #189268
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500          Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSAN KOUNTZ, THOMAS ROBERSON, and B.M., a minor, by and through his next friend, Felicia Williams; STEPHEN JOHNSON, <br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND,  a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; JAMES BASSETT,  individually and in his capacity as a police officer for the CITY OF OAKLAND; SHANE TARUM, individually and in her capacity as a police officer for the CITY OF OAKLAND; EVAN FRAZIER, individually and in his capacity as a police officer for the CITY OF OAKLAND; R. HOLTON, individually and in his capacity as a police officer for the CITY OF OAKLAND;  PATRICK GONZALES, individually and in his capacity as a police officer for the CITY OF OAKLAND; M. GARCIA, individually and in his capacity as a police officer for the CITY OF OAKLAND; BRUCE VALLIMONT, individually and in his official capacity as a police officer for the CITY OF OAKLAND; B. RIVERA, individually and in his official capacity as a police officer for the CITY OF OAKLAND; and,  DOES 1-50, inclusive,<br><br>Defendants.<br>/ | Case No. 09-05316 MHP<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 1

On Monday, April 26, 2010 at 4:00 p.m. counsel from the Law Offices of John L. Burris, Haddad and Sherwin and the City of Oakland are scheduled to appear at a Case Management Conference in the matter of Rahsan Kountz et al v. City of Oakland et al. The instant matter is related to the James Taylor et al v. City of Oakland et al, cases which are set for Bench Trial, Closing Arguments on Tuesday, April 27, 2010 at 2:30 p.m.  The parties are requesting that the Case Management Conference currently set for Monday, April 26, 2010 at 4:00 p.m. in the instant matter, be continued.

The instant case was filed on November 9, 2009. The defendants were served with the Complaint and Summons on January 25, 2010. The defendants were granted an extension by the plaintiffs beyond the date of February 16, 2010 to file an answer in the instant matter due to both parties working jointly through all of the trial preparation in the related cases.  On March 4, 2010, the Court issued an order in the Kountz matter deeming plaintiffs' claims as misjoined and directing that all but one of the plaintiffs be dismissed and new actions be filed as to each of the dropped plaintiffs within twenty days of the Court's order. Thereafter, the Court granted the plaintiffs an extension beyond twenty days to undertake the matter due to the fact the parties were currently in the midst of trial on the related cases.

In light of the foregoing, the parties believe that a Case Management Conference in the Kountz matter at this juncture would not be productive and are therefore requesting that the Case Management Conference be continued to a date in June or July 2010 after the parties have had an opportunity to address the outstanding issues in the Kountz case.

Respectfully submitted,

Dated: April 21, 2010                    THE LAW OFFICES OF JOHN L. BURRIS


/s/ *John L. Burris*
John L. Burris, Esq.
Attorney for Plaintiffs



Dated: April 21, 2010                    HADDAD & SHERWIN


/s/
Michael J. Haddad, Esq.
Attorney for Plaintiffs



Dated: April 21, 2010                    OFFICE OF THE CITY ATTORNEY
                                         CITY OF OAKLAND


/s/
Arlene M. Rosen,
Attorney for Defendant
CITY OF OAKLAND, et al.

(PROPOSED) ORDER

GOOD CAUSE SHOWN, the Case Management Conference is continued to July 26, 2010 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: April 22, 2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT JUDGE